**CERTIFICATE OF VITAL RECORD**

VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

# The Commonwealth of Massachusetts  R 057914
## DEPARTMENT OF PUBLIC HEALTH
### REGISTRY OF VITAL RECORDS AND STATISTICS

Commonwealth of Massachusetts
Registry of Vital Records and Statistics

### RECORD OF BIRTH

07012019



REGISTERED NUMBER:   2838
STATE FILE NUMBER:   2015468

**CHILD**

NAME:            RONALD   SATISH   EMRIT
SEX:             MALE              PLURALITY   SINGLE
DATE OF BIRTH:   MARCH 17, 1976    TIME:       12:16 PM
PLACE OF BIRTH:  BOSTON, MASSACHUSETTS

**PARENT**

NAME:  KAREN JEAN EMRIT
SURNAME AT BIRTH OR ADOPTION:   SMITH
BIRTHPLACE:                     WASHINGTON, DISTRICT OF COLUMBIA
AGE OR DATE OF BIRTH:           30

**PARENT**

NAME:  RONALD CEPHAS EMRIT
SURNAME AT BIRTH OR ADOPTION:   ---
BIRTHPLACE:                     PORT OF SPAIN, TRINIDAD
AGE OR DATE OF BIRTH:           30

AT-BIRTH RESIDENCE:   NEWTON, MASSACHUSETTS

DATE OF RECORD:       APRIL 12, 1976

DATE ISSUED:          APRIL 04, 2024



Karin A. Barrett
**Registrar of Vital Records and Statistics**



I, the above signed, hereby certify that I am the Registrar of Vital Records and Statistics; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records. IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER

Exhibit B