# Social Security Administration
# Retirement, Survivors, and Disability Insurance
Important Information

BNC#: 25B1851C03845

RONALD EMRIT
5108 CORNELIAS
PROSPECT DR
BOWIE MD 20720-3375

## Notice of Cost-of-Living Adjustment (COLA)

Hello RONALD EMRIT

Your Social Security benefit will increase by **2.8%** in January 2026. Next year, receive your benefit information up to three weeks earlier by creating an online *my* Social Security account at www.ssa.gov/myaccount. You can use this letter as proof of your benefit amount to apply for food, rent, or energy assistance. You can also use it to apply for bank loans and for other business. Keep this letter with your important financial records or access this information anytime online by signing in to your personal *my* Social Security account.

| How Much You Will Get In 2026 (Before Deductions) | Monthly Amount |
|---|---|
| Your monthly benefit in 2026 <u>before</u> deductions | $1,065.00 |
| **2026 Common Deductions:** | **Monthly Amount** |
| Medicare Medical Insurance (Part B and Part C) If you did not have Medicare as of November 20, 2025, or if someone else pays your premium, we show $0.00 | -$0.00 |
| Medicare Prescription Drug Plan (Part D) We will notify you if the amount changes in 2026. If you did not elect withholding as of November 1, 2025, we show $0.00 | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding If you did not elect voluntary tax withholding as of November 20, 2025, we show $0.00 | -$0.00 |
| **How Much You Will Get In 2026 (After Deductions)** | **Monthly Amount** |
| Your monthly benefit in 2026 <u>after</u> deductions This monthly amount may include deductions not listed above. | $1,065.00 |

*Exhibit C*

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to **www.ssa.gov/cola** or scan the QR code.

If you would like a paper copy of any of this information, please contact us.



## Need more help?

1. Visit **www.ssa.gov** for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-338-4115**.

>       SOCIAL SECURITY
>       SUITE C
>       7401 FORBES BLVD
>       SEABROOK MD 20706

### Did you Know?
You would have received this notice online up to three weeks earlier if you had a personal *my* Social Security account. Sign up at **www.ssa.gov/myaccount** today!

### Right to Appeal
If you disagree with any of these amounts, you must file an appeal with us in writing within 60 days from the date you get this letter. You can go to **www.ssa.gov/non-medical/appeal** to complete and submit the "Request for Reconsideration" form, SSA-561-U2 online or contact us by phone to request the form.

### Medicare Information
For questions about Medicare, visit **www.medicare.gov** or call **1-800-MEDICARE (1-800-633-4227)** (TTY **1-877-486-2048**).

**Go Digital!** Visit **www.ssa.gov/myaccount** to get your COLA notice and tax forms online up to three weeks earlier than by mail. With a personal *my* Social Security account, you can:

- View your benefits and payment information
- Get your benefit verification letter
- Access your current and past 1099 tax forms
- Change your address and phone number



*Social Security Administration*