

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

**ALINA HABBA**
ACTING UNITED STATES ATTORNEY

*John F. Basiak Jr.*
*Assistant United States Attorney*
*Chief, Civil Division*

*402 East State Street, Room 430*
*Trenton, NJ 08608*
*john.basiak@usdoj.gov*

main: *(609) 989-2190*
direct:*(609) 858-0309*

November 13, 2025

**Via ECF**
Patricia S. Dodszuweit, Clerk
U.S. Court of Appeals for the Third Circuit
601 Market Street
21400 United States Courthouse
Philadelphia, PA  19106

      Re:    Emrit v. U.S. Patent and Trademark, No. 25-3211
             Non-Participation in Appeal

Dear Ms. Dodszuweit:

      This Office received automatic notification of the above-referenced appeal.  We did not appear in the District Court case on behalf of any federal defendant, and we do not plan to participate in this appeal.  The District Court correctly dismissed the case on its own motion, finding the complaint frivolous.  ECF No. 3.

      Thank you very much for your consideration of this matter.

                              Respectfully submitted,

                              TODD BLANCHE
                              U.S. Deputy Attorney General

                              ALINA HABBA
                              Acting United States Attorney
                              Special Attorney

               By:    /s/ John F. Basiak Jr.
                              JOHN F. BASIAK JR.
                              Assistant United States Attorney
                              Chief, Civil Division

cc:    Appellant (via U.S. mail)

