ANTHONY G. BROWN
*Attorney General*



WILLIAM D. GRUHN
*Chief*
Consumer Protection Division

Writer's Fax No.

## STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL
### CONSUMER PROTECTION DIVISION

Writer's Direct Dial No.

November 19, 2025

Ronald Satish Emrit
5108 Cornelias Prospect Drive
Bowie, MD   20720

IN RESPONSE REFER TO
CASE NO.: MU-529227
Re:   Home Depot

Dear Mr. Emrit:

    We received your complaint filed on behalf of your father. However, we are need additional documentation and information. Specifically, we need:
1. Proof of the banking transaction in question.
2. Proof of gift card purchase.
3. Any prior communication with Home Depot about the matter.
4. Your father's name, address, phone number, and email address.
5. Your email address and phone number.

    Please send a copy of all relevant documents (no originals) and the requested information to the Consumer Protection Division. Once your documents are received, we will proceed with processing your complaint.

    You may send your documents to mediator@oag.state.md.us. Please include your complaint number in the subject line. You can also fax your documents to 410-576-7040 or mail them to:
    Consumer Protection Division
    200 St. Paul Place, 16th Floor
    Baltimore, MD 21202

    **If we have not received your documents within 14 business days, we will assume you no longer need our assistance and will file your complaint for information only.**

If there are no documents that are relevant to your complaint or you have already sent in your documents, please let us know.

Consumer Protection Division

https://oag.maryland.gov
200 Saint Paul Place ♦ Baltimore, Maryland 21202-2021
Main Office (410) 576-6300 ♦ Main Office Toll Free (888) 743-0023
Consumer Complaints and Inquiries (410) 528-8662 ♦ Health Advocacy Unit/Billing Complaints (410) 528-1840



Exhibit E