



Exhibit F