

Exhibit G