Exhibit H: The Creation of Adam by Michelangelo and The Bering Strait

