

Exhibit I: Galaxy and Hurricane