

Exhibit J — Mayor of Warsaw, Poland