

Exhibit K