

Exhibit L: My 3rd Favorite President after Trump and Clinton