Exhibit M

