Exhibit N

