

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**for the**
**MIDDLE DISTRICT of PENNSYLVANIA**

U.S. Courthouse
P.O. Box 1148
235 North Washington Avenue
Scranton, PA 18501-1148
Internet Address: www.pamd.uscourts.gov

**PETER WELSH**
**Clerk of Court**

**December 16, 2025**

Ronald Satish Emrit
Presidential Candidate Number P60005535
5108 Cornelias Prospect Dr.
Bowie, MD 20720

RE:    Presidential Candidate Number P60005535, et al. v Kim Kardashian, et al.
       Case No. 3:25-cv-2436-PJS

Dear Pro Se Plaintiff:

The court has received your documents and assigned it to the case number above.   Please use this number in all future pleadings and correspondence regarding this case.

If you have simultaneously filed the proper application to proceed *in forma pauperis*, the matter has been forwarded to the court for consideration. If you have not filed the proper application to proceed *in forma pauperis*, an Administrative Order will be issued to you directing you to do so, together with the forms. Upon receipt of the **COMPLETED** and **SIGNED** forms, your case will then be forwarded to the Court for consideration

Pro Se plaintiffs and petitioners are advised that they have an affirmative obligation to keep the court informed of his or her current address. If the plaintiff/petitioner changes his or her address while the lawsuit is being litigated, the plaintiff/petitioner shall immediately inform the court of the change in writing.

All future pleadings and correspondence regarding this case should be mailed to the following address:

U.S. Courthouse
P.O. Box 1148
235 North Washington Avenue
Scranton, PA 18501-1148

[ ]  Complaint
[ ]  Petition
[ ]  Other

Sincerely,
PETER WELSH, Clerk of Court
By: CAC
Deputy Clerk