**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PRESIDENTIAL CANDIDATE NUMBER P60005535, also known as RONALD SATISH EMRIT,** **Plaintiff** | : | **No. 3:25cv2436** |
| | : | **(Judge Munley)** |
| | : | **(Magistrate Judge Caraballo)** |
| **v.** | : | |
| **KIM KARDASHIAN, *et al.*** **Defendants** | : | |

## ORDER

Before the court is a report and recommendation ("R&R") in this action for injunctive and declaratory relief regarding the torts of public nuisance, industrial espionage, intentional infliction of emotional distress, and tortious interference with business relations. United States Magistrate Judge Phillip J. Caraballo recommends dismissal for failure to prosecute after balancing the factors set forth in Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir. 1984). (Doc. 9).

Magistrate Judge Caraballo issued the R&R on July 27, 2026. By statute, the plaintiff had 14 days to object to the proposed findings and recommendations. 28 U.S.C. § 636(b)(1)(C). No objections have been received and the time for filing has passed.

Section 636(b)(1) requires that a plaintiff must file both timely and specific objections to the report to trigger de novo review. Goney v. Clark, 749 F.2d 5, 6 (3d Cir. 1984). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72, Notes of Advisory Committee on Rules—1983 (citation omitted). After review of the 16-page complaint, which creatively explores the outer reaches of pattern recognition, and the two orders directing the plaintiff to file a motion for leave to proceed in forma pauperis in December 2025 and May 2026, (Docs. 4, 8), Magistrate Judge Caraballo properly balanced the Poulis factors, and, on balance, those factors weigh in favor of a dismissal without prejudice.

It is thus hereby **ORDERED** as follows:

1) The R&R, (Doc. 9), is **ADOPTED** in its entirety;
2) The complaint, (Doc. 1), is **DISMISSED** without prejudice; and
3) The Clerk of Court is directed to close this case.

Date: 8/14/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court